UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62758-CIV-DIMITROULEAS

EDWARD BUCKALEW, as Executor of the
Estate of JEFFREY BUCKALEW, Deceased,
et al.,

      Plaintiffs,
vs.

COLUMBIA AIRCRAFT SALES, INC.,
et al.,

      Defendants.
_____/

## ORDER DENYING AS PREMATURE MOTION TO DISMISS COUNTERCLAIMS

THIS CAUSE is before the Court upon Plaintiff/Counterclaim Defendant Edward Buckalew, as Executor of the Estate of Jeffrey Buckalew (hereinafter "Buckalew")'s Motion to Dismiss Counterclaim [DE 56].  The Court has carefully considered the Motion, Defendants, Third-Party Plaintiffs and Counterclaim Plaintiffs' SOCATA SAS and SOCATA North America, Inc. (collectively, "Socata Parties")'s Response in Opposition [DE 63], Buckalew's Reply [DE 64], and is otherwise fully advised in the premises.

This action arises from an airplane crash that occurred on December 20, 2011 in the state of New Jersey. *See* [DE 1].  The decedents, Jeffrey Buckalew, Corrine Buckalew, Jackson Buckalew and Merriweather Buckalew, were citizens and residents of Virginia at the time of their death.  Decedents were flying in a Socata TBM 700 Aircraft from New Jersey en route to Georgia when the crash occurred.

1

On December 18, 2013, the day before the instant case was filed, Buckalew filed a substantially similar lawsuit in state court in Connecticut against the same Defendants sued here -- Columbia Aircraft Sales, Inc., Socata North America, Inc., Socata, S.A.S., and Daher Aerospace, S.A.S.  Connecticut is the state of citizenship of Defendant Columbia Aircraft Sales, Inc.  That action is currently pending and Buckalew has twice asked this Court to stay the instant action in favor of litigating its claims in Connecticut. *See* [DE's 7, 26].   Buckalew explains that the Florida action was filed solely based on anticipated challenges to jurisdiction and/or venue being made by some or all of these same defendants in the Connecticut action.

On December 19, 2013, Buckalew filed this action against Columbia Aircraft Sales, Inc., Socata North America, Inc., Socata, S.A.S., and Daher Aerospace, S.A.S., alleging claims for product liability, negligence, and breach of warranty claims. [DE 1].   On May 12, 2014, the Socata Parties filed their Amended Answer and Affirmative Defenses and Counterclaim alleging two counts against Buckalew:   (1) Equitable Indemnification for any damages in this or the related Connecticut state-court action; and (2) Contribution for any amount the Socata Parties pays in excess of its *pro rata* in this action and the related Connecticut state-court action. [DE's 34, 35].

In the instant Motion [DE 56], Buckalew moves to dismiss the Socata Parties' Counterclaims, arguing that neither the claims for equitable indemnification nor for contribution state a claim under Florida law.   However, as the Socata Defendants argue in opposition, the viability of whether the Socata Parties' Counterclaims have any basis depends on the ultimate determination of what state's or states' laws will govern the Plaintiffs' claims in this action and the related action in Connecticut state court.   Because of the possibility that the Socata Parties could be held to be subject to joint liability under the law of some yet-to-be-determined state, their

2

Counterclaims are proper at this stage in the litigation.

Based upon the foregoing, it is **ORDERED AND ADJUDGED** that Buckalew's Motion to Dismiss Counterclaim [DE 56] is **DENIED AS PREMATURE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of August, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record